**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| WILL GODFREY,<br><br>               Plaintiff,<br><br>   v.<br><br>AVA CONSULTING, LLC, KEITH THOMAS, ETHAN MCKELVY, and theinfluence.org, LLC,<br><br>               Defendants. | No. 2:18-cv-00509-LA |

## ORDER FOR RELEASE OF NON-WAGE GARNISHMENT

Plaintiff Will Godfrey has applied for a release of the garnishment on the bank account of defendant theinfluence.org and has stated that Defendants have satisfied the judgment against them.

IT IS THEREFORE ORDERED, pursuant to 28 U.S.C. §2305, that the garnishment on the bank account of defendant theinfluence.org, LLC (JPMorgan Chase, N.A., account number 000000908670800), is hereby released.

DATED this  23rd   day of  August            2018.

                                                                     s/ Lynn Adelman
                                                                   LYNN ADELMAN
                                                                   United States District Judge